IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02140-RPM

THOMAS A. KAUFMANN, and
GENE C. GEIGER,

        Plaintiffs,

v.

LVA HOLDINGS, INC.,

        Defendant.

---

ORDER VACATING SCHEDULING CONFERENCE

---

        Because of the filing of the Motion to Dismiss Amended Complaint, filed on December 12, 2005, it is

        ORDERED that the scheduling conference set for December 22, 2005, is vacated.

        Dated:  December 13, 2005

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge