IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02140-RPM

THOMAS A. KAUFMANN,
GENE C. GEIGER, and
ROY E. GOULD,

        Plaintiffs,

v.

LVA HOLDINGS, INC.,

        Defendant.

---

ORDER DENYING MOTION TO COMPEL

---

        Upon review of the Plaintiffs' Motion to Compel Production of Documents and for Sanctions, filed June 6, 2006, and the defendant's opposition, filed June 26, 2006, it appears that the only dispute is whether the defendant should be required to pay the costs of transmitting the requested corporate documents to Denver for examination by the plaintiffs or, alternatively, the cost of such inspection and review by plaintiffs' counsel in Vancouver, Canada, where those documents have been stored in the ordinary course of business.  Given the breadth of the request for inspection made by the plaintiffs, it is appropriate that they pay their own costs of inspection and that the requested documents be made available to them in Vancouver.  Accordingly, it is

        ORDERED that the Plaintiffs' Motion to Compel Production of Documents and for Sanctions is denied.

        Dated:  June 27, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge