IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02140-RPM

THOMAS A. KAUFMANN,
GENE C. GEIGER, and
ROY E. GOULD,

        Plaintiffs,

v.

LVA HOLDINGS, INC.,

        Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. #44), filed on September 20, 2006, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

Dated:  September 21, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge